IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK PANKO,

    Petitioner,               No. CIV S-05-2610 MCE JFM P

    vs.

TERESA SCHWARTZ,

    Respondent.             ORDER

_____/

    Petitioner is a state prisoner with counsel seeking a writ of habeas corpus. See 28 U.S.C. § 2254. Petitioner challenges the November 4, 2003, decision finding him unsuitable for parole. Respondent has moved to dismiss.

    Relying on the district court's order in Sass v. California Board of Prison Terms, 376 F.Supp.2d 975 (E.D.Cal. 2005), respondent contends that petitioner has no federally protected interest in parole. Sass is now submitted for decision in the appellate court.

    Good cause appearing, IT IS HEREBY ORDERED THAT respondent's March 13, 2006, first amended motion to dismiss is denied without prejudice to renewal after the appellate court's decision in Sass.

DATED: May 3, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

\004\pank2610.sass