IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FREDERICK PANKO,

    Petitioner,               No.2: 05-cv-2610 ALA HC

    vs.

TERESA SCHWARTZ, Warden,

    Respondent.          ORDER

_____/

    Petitioner is a state prisoner with counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a 2003 decision finding him unsuitable for parole.

    On March 13, 2006, Respondent filed its first amended motion to dismiss. On May 3, 2006, Respondent's first amended motion to dismiss was "denied without prejudice to renewal after the appellate court's decision" in *Sass v. California Board of Prison Terms*, 376 F. Supp. 2d 975 (E.D. Cal. 2005). Subsequently, the Ninth Circuit Court of Appeals issued its decision in the *Sass* matter. *See Sass v. Cal. Bd. of Prison Terms,* 461 F.3d 1123 (9th Cir. 2006). Respondent is directed to file a response to Petitioner's habeas petition.

///

///

///

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file either a renewed motion to dismiss or an answer to Petitioner's habeas petition within thirty-five (35) days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. *See* Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to the habeas petition is an answer, Petitioner's reply, if any, shall be filed and served within thirty-five (35) days after service of the answer;

3. If the response to the habeas petition is a motion, Petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty-five (35) days after service of the motion, and respondents' reply, if any, shall be filed and served within fourteen (14) days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

/////

DATED: November 2, 2007

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation